ACCEPTED
14-15-00428-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:03:51 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00428-CR

| | |
|---|---|
| **ALVIN PINKNEY,** | **IN THE COURT OF APPEALS** |
| **APPELLANT** | |
| | |
| **V.** | **FOURTEENTH** |
| | **JUDICIAL DISTRICT** |
| | |
| **THE STATE OF TEXAS,** | |
| **APPELLEE** | **HOUSTON, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:03:51 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of EVADING ARREST DETENTION WITH A VEHICLE, and was sentenced on 4/10/2015. The trial case was styled as *State of Texas v. Alvin Pinkney*, in the 122nd Judicial District Court of Galveston County, Texas, Cause No. 14-CR-0890. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 11/11/2015.

2. The present due date for filing the State's brief is 12/14/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 2/12/2016.

5. The State requests this extension not for delay but because during the last thirty days, the undersigned attorney for the State:

1

- Completed a State's Response Brief in *Robert Rollins v. State,* 01-14-00769-CR on 11/16/2015.

- Completed a Petition for Discretionary Review in *Eric Greer v. State,* 01-14-00033-CR, on 11/19/2015.

- Completed a State's Response Brief in *Gary James Cox v. State,* NOS. 01-15-00220-CR, 01-15-00221-CR, 01-15-00222-CR on 12/14/2015.

- Filed answers, responses, agreed orders, and appeared in court for hearings or other docket matters on numerous expunctions and nondisclosures, and misidentification expunctions.

6. The State must also complete its response brief to *Brian Darnell Johnson v. State,* 01-15-00101-CR, due on November 30, 2015. The State has requested an extension for December 30, 2015.

7. The State must also complete its response brief to *Brandon Marlo Miller v. State,* 14-15-00293-CR, due on December 15, 2015.

8. The State must also complete its response brief to *Gregory Hurst v. State,* 14-15-00539-CR, due on February 1, 2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until February 12, 2016.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated,

and consists of 334 words.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion

was emailed/ eFiled to **Kevin Stryker, attorney for Appellant, 2600 South Shore**

Blvd., Ste. 300, League City, Texas 77573, styklerlawfirm@gmail.com on

December 14, 2015.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

3

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on December 14, 2015, appeared Allison Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on December 14, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4